UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAPLE DRAKE AUSTELL OWNER, LLC, <br><br> Plaintiff, <br> -v- <br><br> D.F. PRAY, INC., <br><br> Defendant. | 19 Civ. 9448 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

An initial pretrial conference in this matter is scheduled for tomorrow, December 17, 2019, at 4:00 pm. Dkt. 19. The Court's individual rules require that at least four business days before the conference date, the parties must file on ECF: (1) a proposed Civil Case Management Plan and Scheduling Order, available on the Court's website at https://nysd.uscourts.gov/hon-paul-engelmayer; and (2) a joint letter, not to exceed three single-spaced pages in length, describing the case, any contemplated motions, and the prospect for settlement. Court's Civ. R. 2(B). The parties have failed to timely do so.

The parties are directed to file these submissions on ECF no later than 3:00 pm today, December 16, 2019. Failure to do so will require the Court to adjourn the conference.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: December 16, 2019
New York, New York