UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAPLE DRAKE AUSTELL OWNER, LLC,

                                Plaintiff,

         -v-

D.F. PRAY, INC.,

                              Defendant.

19 Civ. 9448 (PAE)

NOTICE: CHANGE OF COURTROOM

---

PAUL A. ENGELMAYER, District Judge:

The parties are hereby notified that the December 17, 2019, conference in this case, scheduled for 4:00 p.m., will be held at the **Daniel Patrick Moynihan U.S. Courthouse, located at 500 Pearl Street, in Courtroom 14D.** This is a change of courtroom only.

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: December 16, 2019
         New York, New York