UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAPLE DRAKE AUSTELL OWNER, LLC,

                        Plaintiff,                19 Civ. 9448 (PAE)

                -v-                              ORDER

D.F. PRAY, INC.,

                        Defendant.

---

PAUL A. ENGELMAYER, District Judge:

    In a letter submitted to the Court today, plaintiff, an LLC, reports that one of the entities in plaintiff's ownership chain is a Rhode Island-based retirement plan for Rhode Island state employees. Dkt. 32. Defendant's notice of removal states that defendant is a Rhode Island corporation. Dkt. 5. The Court therefore concludes that it lacks federal subject matter jurisdiction to hear this case because there is not a complete diversity of parties. This matter is hereby remanded forthwith to the Supreme Court of the State of New York, County of New York, without costs or fees.

    SO ORDERED.

                                                              *Paul A. Engelmayer*
                                                              Paul A. Engelmayer
                                                              United States District Judge

Dated: January 7, 2020
        New York, New York